(No. 6015—■■■■■■■■■■■)

INTERNATIONAL BUSINESS MACHINES CORPORATION, Claimant, vs. STATE OF ILLINOIS, AUDITOR OF PUBLIC ACCOUNTS, Respondent.

*Opinion filed August 30, 1971.*

PRETZEL, STOUFFER, NOLAN AND ROONEY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6016—■■■■■■■■■■■)

BOLTON ENTERPRISES, INC., Claimant, vs. STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed August 30, 1971.*

BOLTON ENTERPRISES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.